UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| RICHARD LUPKES and SHIRLEY LUPKES, <br><br>    Plaintiffs, <br><br>vs. <br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, <br><br>    Defendant. | CIV. 09-4165-KES <br><br> JUDGMENT OF DISMISSAL |

Pursuant to the Stipulation for Dismissal Without Prejudice, it is hereby

ORDERED, ADJUDGED, AND DECREED that the Stipulation for Dismissal Without Prejudice (Docket 10) is granted. The bad faith cause of action against defendant is voluntarily dismissed, without prejudice, without costs to either party, with full reservation of rights to reassert the same claim(s) in this or a separate action.

Dated January 19, 2010.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
CHIEF JUDGE