UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | | |
|---|---|---|
| RICHARD LUPKES and<br>SHIRLEY LUPKES, | ) | CIV.  09-4165-KES |
| | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | JUDGMENT OF DISMISSAL |
| vs. | ) | |
| | ) | |
| STATE FARM MUTUAL AUTOMOBILE | ) | |
| INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the Stipulation for and Judgment of Dismissal, it is

hereby

ORDERED, ADJUDGED, AND DECREED that the stipulation

(Docket 12) is granted.  This action is dismissed on the merits, with

prejudice, and with the parties bearing their own costs.

Dated March 4, 2010.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
CHIEF JUDGE